1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ANDREW POLSKY, derivatively on          Case No. 8:23-CV-00225-CJC-ADS
     behalf of MCAP HOLDINGS, LLC, a
     Delaware Limited Liability Company      **ORDER**
12   (nominal defendant)
                                             HON. CORMAC J. CARNEY
13        Plaintiff,                         United States District Judge

14             v.

15   FU-SHEN CHANG, an individual;
     MCAP HOLDINGS, LLC, a Delaware
16   Limited Liability Company (nominal
     defendant); and DOES 1 through 25,
17
          Defendants,
18   _____

19
     FU-SHEN "MAX" CHANG,
20   individually and derivatively on behalf
     of MCAP HOLDINGS, LLC, a
21   Delaware Limited Liability Company,

22        Counterclaimant,

23             v.

24   ANDREW POLSKY, an individual,

25        Counter-Defendant,

26   FU-SHEN "MAX" CHANG,
     individually and derivatively on behalf
27   of MCAP HOLDINGS, LLC, a
     Delaware Limited Liability Company,
28

                              1

1

2          Cross-Claimant,

3               v.

4   ALTER MANAGEMENT, LLC, a
    California Limited Liability Company,
5   ALTER HEALTH GROUP, INC., a
    California Corporation, ALTER LIFE
6   SCIENCES, INC., a California
    Corporation, ALTER LIFE SCIENCES,
7   LLC, a California Limited Liability
    Company, CAMBRIDGE MENTAL
8   HEALTH MANAGEMENT LLC, a
    California Limited Liability Company, and
9   SEFED, a California Company, ALTER
    MENTAL HEALTH - DANA POINT,
10  LLC, a California Limited Liability
    Company, ALTER MENTAL HEALTH,
11  LLC, a California Limited Liability
    Company, ALTER BEHAVIORAL
12  HEALTH – CAPISTRANO BEACH,
    LLC, a California Limited Liability
13  Company, ALTER MENTAL HEALTH –
    CAPO BEACH, LLC, a California Limited
14  Liability Company, ALTIGNIS HEALTH,
    LLC, a California Limited Liability
15  Company, ALTIGNIS CAMPUS, LLC, a
    California Limited Liability Company,
16  ALTIGNIS SAN DIEGO, LLC, a
    California Limited Liability Company,
17  CALIFORNIA REHAB CAMPUS, LLC, a
    California Limited Liability Company, and
18  DOES 1 through 10,

19          Cross-Defendants, and

20
    MCAP HOLDINGS, LLC, a Delaware
21  Limited Liability Company,

22          Nominal Party.

23

24

25

26

27

28

2

1      THIS MATTER came before the Court upon Defendant/Counterclaimant/Cross-

2 Claimant Fu-Shen Chang's counsel's motion for leave to withdraw as counsel. Having

3 fully considered the motion along with the filings and records in this case and finding good

4 cause therefor, the motion is hereby GRANTED.

5

6      IT IS SO ORDERED.

7

8  Dated: March 15, 2024

                                 Hon. Cormac J. Carney

9                                  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 8:23-CV-00225-CJC-ADS