**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW POLSKY, derivatively on behalf of MCAP HOLDINGS, LLC, a Delaware Limited Liability Company (nominal defendant)<br><br>    Plaintiff,<br><br>    v.<br><br>FU-SHEN CHANG, an individual; MCAP HOLDINGS, LLC, a Delaware Limited Liability Company (nominal defendant); and DOES 1 through 25,<br><br>    Defendants,<br><br>FU-SHEN "MAX" CHANG, individually and derivatively on behalf of MCAP HOLDINGS, LLC, a Delaware Limited Liability Company,<br><br>    Counterclaimant,<br><br>    v.<br><br>ANDREW POLSKY, an individual,<br><br>    Counter-Defendant, | Case No. 8:23-CV-00225-CJC-ADS<br><br>**ORDER  [67]**<br><br>HON. CORMAC J. CARNEY<br>United States District Judge |

1

| | |
|---|---|
| 1<br>2<br>3 | FU-SHEN "MAX" CHANG, individually and derivatively on behalf of MCAP HOLDINGS, LLC, a Delaware Limited Liability Company, |
| 4<br>5 | Cross-Claimant, |
| 6 | v. |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21 | ALTER MANAGEMENT, LLC, a California Limited Liability Company, ALTER HEALTH GROUP, INC., a California Corporation, ALTER LIFE SCIENCES, INC., a California Corporation, ALTER LIFE SCIENCES, LLC, a California Limited Liability Company, CAMBRIDGE MENTAL HEALTH MANAGEMENT LLC, a California Limited Liability Company, and SEFED, a California Company, ALTER MENTAL HEALTH - DANA POINT, LLC, a California Limited Liability Company, ALTER MENTAL HEALTH, LLC, a California Limited Liability Company, ALTER BEHAVIORAL HEALTH – CAPISTRANO BEACH, LLC, a California Limited Liability Company, ALTER MENTAL HEALTH – CAPO BEACH, LLC, a California Limited Liability Company, ALTIGNIS HEALTH, LLC, a California Limited Liability Company, ALTIGNIS CAMPUS, LLC, a California Limited Liability Company, ALTIGNIS SAN DIEGO, LLC, a California Limited Liability Company, CALIFORNIA REHAB CAMPUS, LLC, a California Limited Liability Company, and DOES 1 through 10, |
| 22 | Cross-Defendants, and |
| 23<br>24 | MCAP HOLDINGS, LLC, a Delaware Limited Liability Company, |
| 25 | Nominal Party. |
| 26 | |
| 27 | |
| 28 | |

THIS MATTER came before the Court upon Defendant/Counterclaimant/Cross-Claimant Fu-Shen Chang's unopposed *ex parte* application for a 90-day stay of this action to June 12, 2024, including a 90-day extension of all case deadlines and trial. Having fully considered the application along with the filings and records in this case and finding good cause therefor, the application is hereby GRANTED, and it is hereby ORDERED as follows:

1. The case shall be stayed for a period of 90 days until June 12, 2024, during which time there shall be no motion filings or discovery in the case.

2. The case deadlines in the scheduling order shall be extended by 90 days as follows:

| Event | Current Dates | New Dates |
|---|---|---|
| Last day to complete all discovery, including discovery motions, with discovery motions filed and heard prior to this date | June 6, 2024 | September 4, 2024 |
| Last day to conduct settlement proceedings | June 20, 2024 | September 18, 2024 |
| Last day to file and have heard all other motions, including motions to join or amend the pleadings. | August 5, 2024 | November 4, 2024 |
| Date of Pretrial Conference | October 7, 2024 at 3:00 PM | January 6, 2025 at 3:00 PM |
| Jury Trial | October 15, 2024 at 8:30 AM | January 14, 2025 at 8:30 AM |

IT IS SO ORDERED.

Dated: March 18, 2024

Hon. Cormac J. Carney
United States District Judge