Mani Sheik (SBN 245487)
Kimya Liaghat (SBN 328730)
SHEIK LAW, INC.
526 Third St., Ste. A
San Rafael, CA 94901
Tel: (415) 205-8490
Email: mani@sheiklaw.us
Email: kimya@sheiklaw.us

Attorneys for Defendant/Counterclaimant/
Cross-Claimant Fu-Shen "Max" Chang


RUTAN & TUCKER, LLP
Alejandro S. Angulo (SBN 217823)
aangulo@rutan.com
Heather N. Blackinton (SBN 217521)
hblackinton@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Ph: 714-641-5100
Fax: 714-546-9035

Attorneys for Plaintiff and Counterdefendant
Andrew Polsky and Cross-Defendants Alter
Management, LLC, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ANDREW POLSKY, derivatively on behalf of MCAP HOLDINGS, LLC, a Delaware Limited Liability Company (nominal defendant)<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MCAP HOLDINGS, LLC, a Delaware Limited Liability Company (nominal defendant); FU-SHEN CHANG, an individual; and DOES 1 through 25, | Case No. 8:23-cv-00225-JWH-ADS<br><br>**Stipulation To Dismiss Counter- And Cross-Complaint (Dkt Nos. 64 & 65)**<br><br>Hon. John W. Holcomb<br>United States District Judge<br>Courtroom. 9B<br><br>Date Action Filed: October 18, 2022<br>Removal Date:　　February 6, 2023<br>Trial Date:　　　　August 5, 2025 |

| | |
|---|---|
| 1 | Defendants. |
| 2 | |
| 3 | FU-SHEN "MAX" CHANG, an individual on behalf of himself and derivatively on behalf of MCAP Holdings, LLC a California Limited Liability Company (a nominal defendant), |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Counter-Claimants, |
| 9 | v. |
| 10 | ANDREW POLSKY, an individual, |
| 11 | |
| 12 | Counter-Defendant. |
| 13 | |
| 14 | FU-SHEN "MAX" CHANG, an individual on behalf of MCAP Holdings, LLC, a California Limited Liability Company (a nominal defendant), |
| 15 | |
| 16 | |
| 17 | Cross-Claimant. |
| 18 | v. |
| 19 | |
| 20 | ALTER MANAGEMENT, LLC, a California Limited Liability Company; ALTER HEALTH GROUP, INC., a California Corporation; ALTER LIFE SCIENCES, INC., a California Corporation; ALTER LIFE SCIENCES, LLC, a California Limited Liability Company; CAMBRIDGE MENTAL HEALTH MANAGEMENT LLC, a California Limited Liability Company; and SEFED, a California Company; ALTER MENTAL HEALTH – DANA POINT, LLC, a California Limited Liability |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Company; ALTER MENTAL HEALTH, LLC, a California Limited Liability Company; ALTER BEHAVIORAL HEALTH – CAPISTRANO BEACH, LLC, a California Limited Liability Company; ALTER MENTAL HEALTH – CAPO BEACH, LLC, a California Limited Liability Company; ALTIGNIS HEALTH, LLC, a California Limited Liability Company; ALTIGNIS CAMPUS, LLC, a California Limited Liability Company; ALTIGNIS San DIEGO, LLC, a California Limited Liability Company; CALIFORNIA REHAB CAMPUS, LLC, a California Limited Liability Company, and DOES 1 through 10.

       Cross-Defendants.

This Stipulation is entered into by and between the parties in this case ("Parties"), by and through their counsel of record, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(2).

Counter- and Cross-Claimant, Fu-Shen "Max" Chang, an individual, hereby dismisses, with prejudice, his Counter-and Cross-Complaint against Andrew Polsky, Alter Management LLC, Alter Health Group, Inc., Alter Life Sciences, Inc., Alter Life Sciences, LLC, Cambridge Mental Health Management, LLC, SEFED, Alter Mental Health – Dana Point, LLC, Alter Mental Health, LLC, Alter Behavioral Health – Capistrano Beach, LLC, Alter Mental Health – Capo Beach, LLC, Altignis Health, LLC, Altignis Campus, LLC, Altignis San Diego, LLC, and California Rehab Campus, LLC (Dkt. Nos. 64 & 65).

Date: January 16, 2025                              SHEIK LAW, INC.

By: /s/ Mani Sheik
    Mani Sheik, Esq.
    Kimya Liaghat, Esq.

*Attorneys for Defendant/Counter-Claimant/Cross-Claimant Fu-Shen "Max" Chang*

Date:  January 16, 2025                             RUTAN & TUCKER, LLP

By:   /s/ Alejandro S. Angulo
      Alejandro S. Angulo, Esq.
      Heather N. Blackinton, Esq.

*Attorneys for Plaintiff and Counter-Defendant Andrew Polsky and Cross-Defendants Alter Management, LLC, et al.*

**ECF ATTESTATION**

I, Kimya Liaghat, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-4.3.4, I hereby attest that Alejandro S. Angulo concurs in and has authorized this filing.