# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW POLSKY, derivatively on behalf of MCAP Holdings, LLC<br><br>Plaintiff(s)<br>v.<br>MCAP HOLDING ', · · · , a California Limited Liability Company etc. et al.<br><br>Defendant(s). | CASE NUMBER<br><br>8:23-cv-00225-JWH(ADSx)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:
☐     Fu-Shen Chang     ☐ Plaintiff ☒ Defendant ☐ Other _____
        Name of Party

☒ to substitute     Leonard Steiner     who is
☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

11845 W. Olympic Boulevard, Suite 910W
Street Address

Los Angeles, CA 90064                                    ls@steinerlibo.com
City, State, Zip                                         E-Mail Address

310-273-7778              310-273-7679              135272
Telephone Number          Fax Number                State Bar Number

As attorney of record instead of   Mani Sheik (SBN 245487); Kimya Liaghat (SBN 328730)

List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby ☒ GRANTED ☐ DENIED**

☒ The Court hereby orders that the request of:   Mani Sheik (SBN 245487); Kimya Liaghat (SBN 328730)
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for   Defendant Fu-Shen Chang

**Is hereby ☒ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: March 6, 2025                          _____
                                              U.S. District Judge, John W. Holcomb