Leonard Steiner (Bar No. 135272)
STEINER & LIBO, Professional Corporation
11845 W. Olympic Blvd., Suite 910W
Los Angeles, CA 90064
Tel.:  (310) 273-7778
Fax:  (310) 273-7679
Email: ls@steinerlibo.com

*Attorneys for Defendant Fu-Shen Chang*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW POLSKY, derivatively on behalf of MCAP HOLDINGS, LLC, a Delaware Limited Liability Company (nominal defendant)<br><br>Plaintiff<br><br>v.<br><br>MCAP HOLDINGS, LLC, a Delaware Limited Liability Company (nominal defendant); FU-SHEN CHANG, an individual; and DOES 1 through 25<br><br>Defendants | **Case No. 8:23-cv-00225-JWH-ADS**<br><br>**STIPULATION TO REMAND ACTION TO SUPERIOR COURT OF ORANGE COUNTY** |

WHEREAS this action was initially filed in the Superior Court of Orange County on October 18, 2022, under Case No. 30-2022-01287078-CU-NP-CJC,

WHEREAS on February 6, 2023, defendant Fu-Shen Chang ("Chang"), through his then counsel at the time, filed a Notice of Removal (Document 1) by which this action was removed to this Court "based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441, and 1446,"

1     WHEREAS on March 6, 2025, this Court entered its order approving the substitution of Leonard Steiner as attorney for defendant Chang in place of prior counsel (Document 119),

    WHEREAS on March 7, 2025, defendant Chang, through his new counsel, Leonard Steiner, filed a motion to remand this action to the Orange County Superior Court for lack of subject matter jurisdiction because there is not complete diversity of citizenship between plaintiff and defendants (Document 120), and

    WHEREAS plaintiff and defendant MCAP Holdings, LLC believe that the motion is well taken and that this Court lacks subject matter jurisdiction,

    IT IS HEREBY STIPULATED by the undersigned, counsel of record for all parties, that the action be remanded to the Superior Court of Orange County.

Dated: March 14, 2025

STEINER & LIBO,
Professional Corporation

By: s/ Leonard Steiner
_____
Leonard Steiner (SBN 135272)
Attorneys for Defendant Fu-Shen Chang

Dated: March 14, 2025

LAW OFFICES OF STEVE A. BUCHWALTE

By: s/ Steve A. Buchwalter
_____
Steve A. Buchwalter (SBN 168501)
Attorneys for Defendant
MCAP Holdings, LLC

Dated: March 14, 2025

RUTAN & TUCKER, LLP

By: s/ Alejandro S. Angulo
_____
Alejandro S. Angulo (SBN 217823)
Attorneys for Plaintiff Andrew Polsky

Pursuant to L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

s/ Leonard Steiner
_____
Leonard Steiner (SBN 135272)

## **PROOF OF SERVICE**

I, the undersigned, say: I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 11845 W. Olympic Blvd., Suite 910W, Los Angeles, CA 90064.

On the date subscribed below, I served the foregoing document on all parties and counsel of record as follows:

[X]   (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the CENTRAL District of California.

I declare that I am a member of the bar of this court.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2025, in Los Angeles County, California.

s/ Leonard Steiner

Leonard Steiner (SBN 135272)