JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW POLSKY, derivatively on behalf of MCAP HOLDINGS, LLC, a Delaware Limited Liability Company (nominal defendant),<br><br>Plaintiff,<br><br>v.<br><br>MCAP HOLDINGS, LLC, a Delaware Limited Liability Company (nominal defendant); FU-SHEN CHANG, an individual; and DOES 1 through 25,<br><br>Defendants. | Case No. 8:23-cv-00225-JWH-ADS<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO THE ORANGE COUNTY SUPERIOR COURT FOR LACK OF SUBJECT MATTER JURISDICTION** |

The Court has reviewed the parties' Stipulation to remand this action to the Orange County Superior Court. Good cause appearing therefor, it is hereby **ORDERED** as follows:

1. The Stipulation is **APPROVED**.
2. This action is **REMANDED** to the Orange County Superior Court.

**IT IS SO ORDERED.**

Dated: March 17, 2025

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE