

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

March 18, 2025

  Superior Court of California, County of Orange
  700 Civic Center Drive West
  Santa Ana, CA 92701

Re:  Case Number: _____8:23−cv−00225−JWH−ADS_____
     Previously Superior Court Case No. _____30−02022−01287078−CU−NP−CJC_____
     Case Name: _____Andrew Polsky v. MCAP Holdings, LLC et al_____

Dear Sir/Madam:

  Pursuant to this Court's ORDER OF REMAND issued on _____3/17/2025_____, the above−referenced case is hereby remanded to your jurisdiction.

  Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

  Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701−4516

Respectfully,

Clerk, U.S. District Court

By: _/s/ Yvette Louis_
  Deputy Clerk
  yvette_louis@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____          By: _____
Date                                     Deputy Clerk

G−17 (06/24)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT